IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILIO CORTEZ LOPEZ,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL L. BENOV, Warden,**<br><br>Respondent. | 1:13-cv-01207 AWI MJS HC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>**(Doc. 16)** |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 26, 2015, the undersigned denied the petition. On June 1, 2015, Petitioner filed a motion for reconsideration. (ECF No. 16.) Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.

Petitioner does not set forth any arguments or evidence that have not already been considered by this Court. In this case, Petitioner asserts that the Court's ruling was manifestly unjust in its determination that Petitioner was not entitled to a recalculation of his good conduct time. Petitioner argues that he was not a sentenced deportable alien exempt from educational class enrollment requirements, and that federal regulations do not allow for non-Bureau of Prisons staff to calculate good conduct time. Petitioner presented similar arguments in his petition, which the Court, upon review, found insufficient to warrant relief. His contentions in his motion for reconsideration fare no better. Petitioner has not shown that the Court's determination that Respondent improperly denied Petitioner 12 days of good conduct time per year based on enrollment in the literacy program was incorrect.

Accordingly, Petitioner's motion for reconsideration is DENIED.

**ORDER**

IT IS HEREBY ORDERED that Petitioner's motion for reconsideration (Doc. 16) is DENIED.

IT IS SO ORDERED.

Dated:   July 6, 2015                                 _____
                                                      SENIOR DISTRICT JUDGE